# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| TigerSwan International Ltd. | )   ASBCA Nos. 59798, 59820 |
| | ) |
| Under Contract No. W90BRJ-11-C-0002 | ) |

APPEARANCES FOR THE APPELLANT:        Terrence M. O'Connor, Esq.
                                      Stephanie D. Wilson, Esq.
                                      Frank R. Gulino, Esq.
                                      Clyde Findley, Esq.
                                        Berenzweig Leonard LLP
                                        McLean, VA

APPEARANCES FOR THE GOVERNMENT:       Raymond M. Saunders, Esq.
                                        Army Chief Trial Attorney
                                      MAJ Elinor J. Kim, JA
                                      Evan C. Williams, Esq.
                                      MAJ Bruce L. Mayeaux, JA
                                      CPT John M. McAdams III, JA
                                        Trial Attorneys

## ORDER OF DISMISSAL

Appellant's counsel has filed a notice dated 8 May 2018 stating that, in accordance with the parties' settlement agreement in these appeals, TigerSwan's counsel received payment of the settlement amount on 1 May 2018. Accordingly, these appeals are hereby dismissed with prejudice.

Dated: 9 May 2018

ALEXANDER YOUNGER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59798, 59820, Appeals of TigerSwan International Ltd., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals